UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

ERMA ROBINSON

Plaintiff

v.

CVS HEALTH, INC. &
CVS PHARMACY, INC.

Defendants

Case No. 21-2300

**JURY DEMAND**

**COMPLAINT**

Now comes the Plaintiff, Erma Robinson, by Richard L. Steagall, her attorney, and complaining of the Defendants, CVS Health, Inc and CVS Pharmacy, Inc., for her claim for relief states:

## I.
### Jurisdiction & Venue

1. Jurisdiction is based upon diversity of citizenship under 28 U.S.C. § 1332.

    a. Plaintiff is a citizen of the State of Illinois.

    b. Defendant, CVS Health, Inc. is a corporation organized under the laws of the State of Rhode Island with its principal place of business in the State of Rhode Island.

    c. Defendant CVS Pharmacy, Inc. is a corporation organized under the laws of the State of Rhode Island with its principal place of business in the State of Rhode Island.

The amount of controversy exclusive of interest and costs exceeds the sum of $75,000.

2.	Plaintiff is a resident of Vermillion County, Illinois, the occurrence complained of occurred in Vermillion County, Illinois and the defendant corporations conduct business within the Central District of Illinois. Venue is in the Urbana Division of the Central District of Illinois under 28 U.S.C. § 1391 and Local Rule 40.

3.	The occurrence complained of happened on **December 5, 2019** at the CVS Pharmacy, Inc. store located at 820 N. Vermillion Street in the City of Danville, Vermillion County, Illinois, December 5, 2021 was a Sunday which extends the time for filing to the next day that is not a Saturday, Sunday, or legal holiday Fed.R.Civ.Proc 6 (a)(1)C; 5 ILCS 70/1.11.

## II.
## The Parties

4.	Plaintiff was at the time of the occurrence a 63 year old married lady (now 65) residing in Danville, Vermillion County, Illinois.

5.	Defendant CVS Health Inc. is a holding company which conducts retail pharmacy operations at various locations through its subsidiary corporation defendant, CVS Pharmacy Inc. including the CVS Pharmacy Inc. at 820 N. Vermillion Street, Danville, Illinois where this occurrence happened.

## III.
## The Events

6.	Plaintiff entered the CVS Pharmacy Inc. store at 820 N. Vermillion Street, Danville, Illinois to pick up a pharmacy prescription from the Pharmacy Department located down an aisle at the rear of the store open to the public.

7. The CVS store contained several circular metal plates which are at various locations on the aisles of the store. The circular metal plate can be raised to allow electric plugs to connect to an outlet and other devices contained below the covering metal plate.

8. In order to perform maintenance, the circular metal plate covering the electrical outlets and other devices located below the circular metal covering plate is opened with the plate being unlocked and pulled upward.

9. The circular metal plate contained in the aisle to which access to the pharmacy in the rear of the store had been opened for maintenance.

10. The circular metal covering plate had been opened and then partially closed leaving approximately one quarter or less of space between the plate and its place of closure. This made the opening difficult to see for customers walking down the aisle.

11. Plaintiff while walking down the aisle with the partially openedd but obscured circular metal covering plate and distracted by looking forward down the aisle and att merchandise came into contact with the partially opened plate with her foot.

12 This caused plaintiff to fall forward to the tile floor of the aisle causing her injury.

### IV.
### Claims

13. The defendant corporations, CVS Health, Inc. and CVS Pharmacy, Inc.,

acting through their authorized agents in the scope of their agency negligently failed to completely close the circular metal plate leaving a gap which customers could trip and fall and failed to place of plastic yellow warning triangular device warning customers of the partially open plate.

## V.
## Damages

14. As a direct and proximate result of the negligence of the agents of the defendant corporations acting in the scope of their agency, plaintiff caught her foot in the partially open plate causing her to fall directly to the aisle fracturing her clavicle in two places and causing injury to the tibial plane of the knee of plaintiff; plaintiff was required to spend monies for medical treatment of the injuries; she lost time from work and earnings she would have made had it not been for the incident; plaintiff was disabled and hindered in carrying out her ordinary affairs of life while under medical treatment and permanently thereafter.

## VI.
## Prayer for Relief

**WHEREFORE,** Plaintiff, Erma Robinson, prays for judgment in the amount of FOUR HUNDRED FIFTY THOUSAND DOLLAR ($450,000) against the Defendants, CVS Health, Inc. and CVS Pharmacy, Inc. plus costs of suit.

**Plaintiff Demands a Trial by Jury**

Respectfully submitted,

s/ Richard L. Steagall
RICHARD L. STEAGALL,
Attorney for Plaintff

RICHARD L. STEAGALL
Steagall Law Offices
456 Fulton Street Suite 410
Peoria, IL 61602
309-678-0145
rlsteagall3@gmail.com